May 2, 2013.



# JUDGMENT

# The Fourteenth Court of Appeals

AARON LASHLEY, Appellant

NO. 14-12-00336-CR                              V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below, and having inspected the record, the Court holds that there was error in the judgment. Accordingly, we **MODIFY** the trial court's judgment to show conviction for the lesser included offense of theft of copper valued under $20,000, **AFFIRM** the conviction as so modified, **REVERSE** the imposition of sentence, and **REMAND** for a new punishment hearing.

       We further order this decision certified below for observance.